UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00364-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   RAMON ACOSTA-BALLESTEROS,

      Defendant.

---

# MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition, [ECF No. 12], was filed in the above matter on November 4, 2011.   A Change of Plea hearing is set for **Friday, December 9, 2011 at 4:00 p.m.** Accordingly the trial set for November 21, 2011 is **VACATED**.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated: November 7, 2011