UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAMON ACOSTA-BALLESTEROS,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the Change of Plea hearing set for Wednesday, December 14, 2011 at 4:00 p.m. is **VACATED and RESET for Monday, January 3, 2012 at 2:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 14, 2011